IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JONATHAN THOMAS GAPA,
         Plaintiff,
    v.                                **Judgment in a Civil Case**
THREE UNKNOWN NAMED
OFFICERS OF THE GEO GROUP,
         Defendant.             Case Number: 5:12-CT-3083-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendants' motion to dismiss for failure to state a claim.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous pursuant to 28 U.S.C. § 1915A.

This Judgment Filed and Entered on July 26, 2012, with service on:
Jonathan Thomas Gapa  40640-007, R&R ROE, 1005 Byron Ln., Arlington, TX 76012  (via U.S. Mail)
Ronald G. Baker (via CM/ECF Notice of Electronic Filing)

July 26, 2012                                          /s/ Julie A. Richards
                                                            Clerk

Raleigh, North Carolina