IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN THOMAS GAPA,<br>　　　　Plaintiff,<br>　　v.<br>THREE UNKNOWN NAMED<br>OFFICERS OF THE GEO GROUP,<br>　　　　Defendant. | **Judgment in a Civil Case**<br><br>Case Number: 5:12-CT-3083-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendants' motion to dismiss for failure to state a claim.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous pursuant to 28 U.S.C. § 1915A.

This Judgment Filed and Entered on July 26, 2012, with service on:
Jonathan Thomas Gapa  40640-007, R&R ROE, 1005 Byron Ln., Arlington, TX 76012  (via U.S. Mail)
Ronald G. Baker (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 26, 2012 | /s/ Julie A. Richards<br>　　　Clerk |

Raleigh, North Carolina